# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2023

## NO. 03-21-00432-CR

**Mark James Stevens, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.